## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**                                                              5614 United States Courthouse
JUDGE                                                                                      Independence Mall West
                                                                                                     Philadelphia, Pennsylvania 19106

                                                                                                            267-299-7620

September 25, 2002

Re:    ***Robert Ogden, et al. v. Ameristep Corporation***
           **Docket No. 02-cv-3624**

Dear Counsel:

     Judge Schiller has scheduled the above-referenced case for a **Rule 16 conference** for **Wednesday, October 16, 2002 at 9:30 A.M** in his chambers, **Room 5614**.

     Counsel are directed to obtain copies of Judge Schiller's "Scheduling Policy Statement" and "Conference Information Report" from the Court's website at  http:www.paed.uscourts.gov.  You should review the Scheduling Policy Statement before completing the Conference Information Report.  Please bring the completed Conference Information Report with you to the Rule 16 Conference.

     At the close of the conference, you will receive an Order from Judge Schiller that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference

                                                        Very truly yours,

                                                        Patricia A. Callahan
                                                       Deputy Clerk to
                                                       Hon. Berle M. Schiller
                                                     (267)299-7621