IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT OGDEN and OGDEN, | : | C.A. NO. 02-3624 |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| AMERISTEP CORPORATION, a/k/a | : | |
| AMERISTEP, INC. | : | |
|     Defendant and | : | |
|     Third Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL WEBBING PRODUCTS CO., | : | |
|     Third Party Defendant: | | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance as co-counsel on behalf of the defendant, Ameristep Corporation, a/k/a Ameristep, Inc. in the above action.

                                                          DICKIE, McCAMEY & CHILCOTE, P.C.

                                                        BY:_____
                                                        Adam Sonn
                                                        Attorney for Defendant
                                                        Ameristep Corporation, a/k/a Ameristep, Inc.