IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT OGDEN, ET AL. | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERISTEP CORPORATION, | : | |
|     Defendant/Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL WEBBING PRODUCTS | : | |
|     COMPANY, | : | No. 02-3624 |
|     Third-Party Defendant. | : | |

## ORDER

**AND NOW,** this          day of **October, 2002**, following a Rule 16 Conference with counsel for the parties, it is hereby **ORDERED** that:

1. By agreement of counsel for the parties, Plaintiffs shall have until **November 6, 2002** to file an amended complaint naming additional defendants.

2. Plaintiffs' Petition to Add an Additional Defendant (Document No. 8) is **DENIED** as moot.

                                                BY THE COURT:

                                                **Berle M. Schiller, J.**