IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT OGDEN, et al.,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **AMERISTEP CORPORATION, et al.,** | : | |
| Defendants. | : | **No. 02-3624** |
| | : | |

**ORDER**

**AND NOW**, this        day of **November, 2002**, it is hereby **ORDERED** that:

The Affirmative Defenses set forth in Defendant National Webbing Product Company's Answer to Plaintiff's Amended Complaint (Document No. 14) are **STRICKEN** as prolix in violation of Rule 8 of the Federal Rules of Civil Procedure. Leave is granted to Defendant National Webbing Product Company to file, by **December 10, 2002**, new affirmative defenses that are limited, concise, and direct.

BY THE COURT:

_____
**Berle M. Schiller, J.**