**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT OGDEN, et al.,** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **AMERISTEP CORPORATION, et al.,** | : | |
| **Defendants.** | : | **No. 02-3624** |
| | : | |

## <u>ORDER</u>

**AND NOW**, this         day of **December, 2002**, it is hereby **ORDERED** that:

The Affirmative Defenses set forth in Defendant Sports Authority, Inc.'s Answer to Plaintiff's Amended Complaint (Document No. 17) are **STRICKEN** as prolix in violation of Rule 8 of the Federal Rules of Civil Procedure.  Leave is granted to Defendant Sports Authority, Inc. to file, by **December 17, 2002**, new affirmative defenses that are limited, concise, and direct.

**BY THE COURT:**


_____

**Berle M. Schiller, J.**