IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT OGDEN, and DINA OGDEN, h/w** | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO.: 02-3624 |
| v. | : | |
| | : | |
| **AMERISTEP CORPORATION a/k/a AMERISTEP, INC.; NATIONAL WEBBING PRODUCTS CO.; and THE SPORTS AUTHORITY, INC. and INDIANA MILLS MANUFACTURING, INC. d/b/a INDIANA MARINE CO.** | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of defendant, Indiana Mills Manufacturing, Inc., in connection with the above-captioned matter.

L<small>AVIN</small>, C<small>OLEMAN</small>, O'<small>NEIL</small>, R<small>ICCI</small>, F<small>INARELLI</small> & G<small>RAY</small>

BY: _____
Francis P. Burns, III, Esquire
Attorneys for Defendant,
Indiana Mills & Manufacturing, Inc.

Dated: _____