IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT OGDEN and DINA OGDEN, | : | C.A. NO. 02-3624 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| AMERISTEP CORPORATION, a/k/a | : | |
| AMERISTEP, INC., et al | : | |
| Defendants. | : | |

## DEFENDANT, AMERISTEP CORPORATION A/K/A AMERISTEP, INC.'S ANSWER TO CROSSCLAIM OF NATIONAL WEBBING COMPANY

Defendant, Ameristep Corporation a/k/a Ameristep, Inc. ("Answering Defendant") by and through its attorneys, Dickie, McCamey & Chilcote, avers the following by way of Answer to Crossclaim of National Webbing Company:

1.  Answering Defendant, Ameristep, incorporates its Answer to Plaintiffs' Amended Complaint as if more fully set forth herein in response to the Crossclaim of the Defendant, National Webbing Company. Furthermore, paragraphs 133 and 134 of National Webbing Company's Crossclaim are denied. Ameristep denies that it was negligent or that it is liable in strict liability and/or in any other manner to the Plaintiffs and/or to National Webbing Company and demands that National Webbing Company's Crossclaim be dismissed.

WHEREFORE, Answering Defendant, Ameristep Corporation, a/k/a Ameristep, Inc. denies that it is liable to Plaintiffs or any other party, including Co-Defendant, National Webbing Company for indemnity or contribution and denies that it is liable over to National Webbing or any other party.

                                        DICKIE, McCAMEY & CHILCOTE

                                        By:_____
                                        Joseph S. D. Christof, II, Esquire
                                        Attorney for Defendant, Ameristep
                                        Corporation a/k/a/ Ameristep, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Answer to Crossclaim of National Webbing Company has been served via first class U.S. mail this _____ day of December, 2002, on all counsel of record as follows:

Robert C. Ewing, Esquire
115 North Monroe Street
P.O. Box 728
Medina, PA 19063

Angela Maione Costigan, Esquire
COSTIGAN & COSTIGAN
Suite 902
1315 Walnut Street
Philadelphia, PA 19107

Andrew J. DeFalco, Esquire
RAWLE & HENDERSON LLP
The Widener Building
One South Penn Square
Philadelphia, PAZ 19107

Indiana Mills & Manufacturing, Inc.
d/b/a Indiana Marine Company
18881 U.S. 31 North
Westfield, IN 46074

                                          DICKIE, McCAMEY & CHILCOTE

                                          By _____
                                                Joseph S. D. Christof, II, Esquire
                                                Attorneys for Defendant, Ameristep
                                                Corporation a/k/a Ameristep, Inc.