IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT OGDEN and DINA OGDEN, | : | C.A. NO. 02-3624 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| AMERISTEP CORPORATION, a/k/a | : | |
| AMERISTEP, INC., et al | : | |
| Defendants. | : | |

**DEFENDANT, AMERISTEP CORPORATION A/K/A AMERISTEP, INC.'S ANSWER TO AMENDED CROSSCLAIM OF SPORTS AUTHORITY, INC.**

Defendant, Ameristep Corporation a/k/a Ameristep, Inc. ("Answering Defendant") by and through its attorneys, Dickie, McCamey & Chilcote, avers the following by way of Answer to Amended Crossclaim of Sports Authority, Inc.

1. Answering Defendant, Ameristep, incorporates its Answer to Plaintiffs' Amended Complaint as if more fully set forth herein in response to the Amended Crossclaim of the Defendant, Sports Authority, Inc. Furthermore, the Answering Defendant denies that it is liable to the Plaintiffs and it further denies that it is liable over to the Sports Authority for contribution and/or indemnity and demands that the Amended Crossclaim against it be dismissed.

WHEREFORE, Answering Defendant, Ameristep Corporation, a/k/a Ameristep, Inc. denies that it is liable to Plaintiffs or any other party, including Co-Defendant, Sports Authority, Inc. for indemnity or contribution and denies that it is liable over to National Webbing or any other party.

                                          DICKIE, McCAMEY & CHILCOTE

                                          By:_____
                                          Joseph S. D. Christof, II, Esquire
                                          Attorney for Defendant, Ameristep
                                          Corporation a/k/a/ Ameristep, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within Answer to Amended Crossclaim of Sports Authority, Inc. has been served via first class U.S. mail this _____ day of December, 2002, on all counsel of record as follows:

Robert C. Ewing, Esquire
115 North Monroe Street
P.O. Box 728
Medina, PA 19063

Angela Maione Costigan, Esquire
COSTIGAN & COSTIGAN
Suite 902
1315 Walnut Street
Philadelphia, PA 19107

Andrew J. DeFalco, Esquire
RAWLE & HENDERSON LLP
The Widener Building
One South Penn Square
Philadelphia, PAZ 19107

Indiana Mills & Manufacturing, Inc.
d/b/a Indiana Marine Company
18881 U.S. 31 North
Westfield, IN 46074

                                                DICKIE, McCAMEY & CHILCOTE

                                                By _____
                                                     Joseph S. D. Christof, II, Esquire
                                                     Attorneys for Defendant, Ameristep
                                                     Corporation a/k/a Ameristep, Inc.