IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT OGDEN, and DINA OGDEN, h/w** | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO.: 02-3624 |
| v. | : | |
| | : | |
| **AMERISTEP CORPORATION a/k/a AMERISTEP, INC.; NATIONAL WEBBING PRODUCTS CO.; and THE SPORTS AUTHORITY, INC. and INDIANA MILLS MANUFACTURING, INC. d/b/a INDIANA MARINE CO.** | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**ANSWER OF DEFENDANT, INDIANA MILLS & MANUFACTURING, INC., TO CROSS-CLAIM OF AMERISTEP CORPORATION**

    133.    Denied.

    134.    To the extent that the averments of paragraph (134) of Ameristep's answer are directed to Indiana Mills & Manufacturing, Inc. it is denied.

    135.    To the extent that the averments of paragraph (135) of Ameristep's answer are directed to Indiana Mills & Manufacturing, Inc. it is denied.

    136.    The averments of paragraph (136) are addressed exclusively to The Sports Authority; therefore, no response is required on behalf of defendant, Indiana Mills & Manufacturing, Inc.

LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

BY: _____
Francis P. Burns, III, Esquire
Attorneys for Defendant,
Indiana Mills & Manufacturing, Inc.

## *CERTIFICATE OF SERVICE*

  I, FRANCIS P. BURNS, III, ESQUIRE, do hereby certify that I have served *Answer of Defendant, Indiana Mills Manufacturing, Inc. to Cross-Claim of Ameristep,* this 22nd day of January, 2003, via United States Postal Service First Class Mail, postage prepaid, as follows:

| | |
|---|---|
| Robert C. Ewing, Esquire<br>115 North Monroe Street<br>P.O. Box 728<br>Media, PA 19063 | Joseph S.D. Christof, II, Esquire<br>Dickie, MaCamey & Chilcote<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| Richard Costigan, Esquire<br>Costigan & Costigan<br>1315 Walnut Street, Suite 902<br>Philadelphia, PA 19107 | Andrew DiFalco, Esquire<br>Rawle & Henderson<br>The Widener Building<br>1 South Penn Square<br>Philadelphia, PA 19146 |

        **LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY**


        BY: _____
           FRANCIS P. BURNS, III, ESQUIRE