IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT OGDEN, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERISTEP CORPORATION, ET AL. | : | NO. 02-CV-03624 |

ORDER

**AND NOW**, this       day of March, 2003 it is **ORDERED** that the management track of this case shall be changed from "STANDARD" to "ARBITRATION." The Clerk shall modify the docket accordingly.

The arbitration clerk is directed to schedule this case for an arbitration hearing for **September 29, 2003**.

BY THE COURT:

_____
Berle M. Schiller, J.