IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT & DINA OGDEN, h/w | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3624 |
| | : | |
| AMERISTEP CORPORATION, et al | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on September 29, 2003*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*NO CONTINUANCES WITHOUT
COURT APPROVAL.

By:_____
PATRICIA A. JONES
Deputy Clerk
Phone:267-299-7072

Date: March 26, 2003

Copies:   Pat Callahan, Courtroom Deputy to Judge Schiller
          Docket Clerk - Case File

          Counsel:    Adam S. Sonn, Esq.          Richard Costigan, Esq.
                      Andrew J. DeFalco, Esq.     Robert C. Ewing, Esq.
                      Angela M. Costigan, Esq.
                      Francis P. Burns, Esq.
                      Jeffrey H. Quinn, Esq.
                      Joseph S.D. Christof, Esq.

ARB2.FRM